1  Michael A. Ladra, State Bar No. 064307 (mladra@wsgr.com)
   Terry T. Johnson, State Bar No. 121569 (tjohnson@wsgr.com)
2  James C. Yoon, State Bar No. 177155 (jyoon@wsgr.com)
   Matthew R. Reed, State Bar No. 196305 (mreed@wsgr.com)
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6
   Attorneys for Defendants
7  ELIYAHOU HARARI and
   SANDISK CORPORATION
8

ORIGINAL FILED
08 MAY -6 PM 1:56
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

ADR
E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STMICROELECTRONICS, INC., a corporation, | ) ) | Case No.: C08-02332 MMC |
| Plaintiff, | ) ) | DISCLOSURE STATEMENT CERTIFICATION OF |
| v. | ) ) | INTERESTED ENTITIES OR PERSONS |
| ELIYAHOU HARARI, an individual; SANDISK CORPORATION, a corporation; and DOES 1 to 20, inclusive. | ) ) ) ) | (F.R.Civ.P. 7.1) (N.D. Cal. Civ. L.R. 3-16) |
| Defendants. | ) ) | |

DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that (1) defendant SanDisk Corporation ("SanDisk") does not have a corporate parent; and (2) no public company owns 10% or more of SanDisk's stock.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, no reportable interest is known other than that of the named parties to the action.

Dated: May 6, 2008

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Michael A. Ladra
Michael A. Ladra

Attorneys for Defendants
ELIYAHOU HARARI and
SANDISK CORPORATION