1  Michael A. Ladra, State Bar No. 064307
   Terry T. Johnson, State Bar No. 121569
2  James C. Yoon, State Bar No. 177155
   Matthew R. Reed, State Bar No. 196305
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6  Email: mladra@wsgr.com; tjohnson@wsgr.com;
   jyoon@wsgr.com; mreed@wsgr.com
7

8  Attorneys for Defendants
   ELIYAHOU HARARI and
9  SANDISK CORPORATION

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13  STMICROELECTRONICS, INC., a corporation    ) CASE NO.: C08-02332 MMC
                                               )
14              Plaintiff,                     ) CERTIFICATE OF SERVICE
                                               )
15       vs.                                   )
                                               )
16  ELIYAHOU HARARI, an individual;            )
    SANDISK CORPORATION, a corporation; and    )
17  DOES 1 to 20, inclusive.                   )
                                               )
18              Defendants.                    )
                                               )

CERTIFICATE OF SERVICE

1   I, Mai-Khanh Pham, declare:

2   I am employed in Santa Clara County. I am over the age of 18 years and not a party to
3   the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill
4   Road, Palo Alto, California 94304-1050. I am readily familiar with Wilson Sonsini Goodrich &
5   Rosati's practice for filing documents with the Santa Clara County Superior Court for the State
6   of California and for collection and processing of documents for same-day delivery by
7   messenger. In the ordinary course of business, documents are processed accordingly.

8   On this date, the following document, attached hereto as Exhibit A, was consigned to a
9   courier for filing in the Santa Clara County Superior Court for the State of California:

10  **NOTICE OF ADVERSE PARTY OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12  Also on this date, I served the following:

14  1.  **CIVIL COVERSHEET**

15  2.  **NOTICE OF REMOVAL**

16  3.  **DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

17  4.  **NOTICE TO ADVERSE PARTY OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

19  5.  **CERTIFICATE OF SERVICE**

20  By consigning the document(s) to a messenger for guaranteed hand delivery on this date
21  to the following person(s):

22  Russell L. Johnson, Esq.
    Edward V. Anderson, Esq.
23  Teague I. Donahey, Esq.
    Sidley Austin LLP
24  555 California Street, Suite 2000
    San Francisco, CA  94104

26  I declare under penalty of perjury under the laws of the State of California that the
27  foregoing is true and correct. Executed at Palo Alto, California on May 6, 2008.

*/s/ Mai-Khanh Pham*
Mai-Khanh Pham

---

CERTIFICATE OF SERVICE   -1-   3350792_1.DOC

1 | Michael A. Ladra, State Bar No. 064307 (mladra@wsgr.com)
Terry T. Johnson, State Bar No. 121569 (tjohnson@wsgr.com)
2 | James C. Yoon, State Bar No. 177155 (jyoon@wsgr.com)
Matthew R. Reed, State Bar No. 196305 (mreed@wsgr.com)
3 | WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
4 | 650 Page Mill Road
Palo Alto, CA 94304-1050
5 | Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
7 | ELIYAHOU HARARI and
SANDISK CORPORATION

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| STMICROELECTRONICS, INC., a corporation ) | CASE NO.: 1-07-CV-080123 |
|---|---|
| Plaintiff, ) | **NOTICE TO ADVERSE PARTY OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA** |
| v. ) | |
| ELIYAHOU HARARI, an individual; SANDISK CORPORATION, a corporation; and DOES 1 to 20, inclusive. ) ) ) | |
| Defendants. ) | |

NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
CASE NO. 1-07-CV-080123

TO ALL PARTIES AND THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that on May 6, 2008, defendants Eliyahou Harari and SanDisk Corporation, by and through their undersigned attorneys, filed with the Clerk of the United States District Court for the Northern District of California, a Notice of Removal of the above-entitled action to said Court from the Superior Court of the State of California, County of Santa Clara. A copy of the Notice of Removal, and the attachments thereto, are attached hereto.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. §1446(d), the filing of this Notice effects the removal of this action to federal court, and this Court is directed to "proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Dated: May 6, 2008

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Michael A. Ladra
Michael A. Ladra

Attorneys for Defendants
ELIYAHOU HARARI and
SANDISK CORPORATION