1  Michael A. Ladra, State Bar No. 064307
   Terry T. Johnson, State Bar No. 121569
2  James C. Yoon, State Bar No. 177155
   Matthew R. Reed, State Bar No. 196305
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6  Email: mladra@wsgr.com; tjohnson@wsgr.com;
   jyoon@wsgr.com; mreed@wsgr.com
7
8  Attorneys for Defendants
   ELIYAHOU HARARI and
9  SANDISK CORPORATION
10
11                 UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
13 STMICROELECTRONICS, INC., a corporation )   CASE NO.: C 08-02332 MMC
                                           )
14         Plaintiff,                      )   **CERTIFICATE OF SERVICE**
                                           )
15    vs.                                  )
                                           )
16 ELIYAHOU HARARI, an individual;         )
   SANDISK CORPORATION, a corporation; and )
17 DOES 1 to 20, inclusive.                )
                                           )
18         Defendants.                     )
                                           )
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

I, Mai-Khanh Pham, declare:

I am employed in Santa Clara County. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050. I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of correspondence for same-day delivery by messenger. In the ordinary course of business, correspondence would be consigned to a messenger service on this date.

On this date, I caused to be personally served:

1. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
2. **STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY**
3. **ADR CERTIFICATION BY PARTIES AND COUNSEL FORM**
4. **ADR INSTRUCTION FORM**
5. **NOTICE OF NEED FOR ADR PHONE CONFERENCE FORM**
6. **NOTICE OF NEED FOR MEDIATION (ADA ACCESS CASE) FORM**
7. **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS FORM**

on the person(s) listed below by placing the document(s) described above in an envelope addressed as indicated below, which I sealed. I consigned the envelope(s) to a messenger for hand delivery by placing it/them for collection and processing on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

Russell L. Johnson, Esq.
Edward V. Anderson, Esq.
Teague I. Donahey, Esq.
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on May 7, 2008.

_____
Mai-Khanh Pham