1  RUSSELL L. JOHNSON (SBN 53833)
   rljohnson@sidley.com
2  EDWARD V. ANDERSON (SBN 83148)
   evanderson@sidley.com
3  TEAGUE I. DONAHEY (SBN 197531)
   tdonahey@sidley.com
4
   SIDLEY AUSTIN LLP
5  555 California Street, Suite 2000
   San Francisco, California 94104-1715
6  Telephone:   415-772-1200
   Facsimile:   415-772-7400
7
   Attorneys for Plaintiff
8  STMicroelectronics, Inc.

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                **SAN FRANCISCO DIVISION**

12

| 13 | STMICROELECTRONICS, INC., a Corporation, | ) ) | Case No. C 08 02332 MMC |
|---|---|---|---|
| 14 |  | ) | **NOTICE OF MOTION TO** |
|  | Plaintiff, | ) | **CONSOLIDATE** |
| 15 |  | ) |  |
|  | vs. | ) |  |
| 16 |  | ) |  |
|  | ELIYAHOU HARARI, an individual; | ) | **Date:** |
| 17 | SANDISK CORPORATION, a corporation; and | ) |  |
|  | DOES 1 TO 20, inclusive | ) | **Ctrm: 7 (Hon. Maxine Chesney)** |
| 18 |  | ) |  |
|  | Defendants. | ) |  |
| 19 |  | ) |  |
|  |  | ) |  |

20

21

22

23

24

25

26

27

28

---

NOTICE OF RELATED CASES -- Case No. C 08 02332 MMC

1  TO THE COURT AND ALL PARTIES OF RECORD

2      Please take notice of the Motion to Consolidate attached hereto as Exhibit 1 filed by

3  STMicroelectronics, Inc. in Case No. 05-04691 JF on May 9, 2008.

7  Dated: May 9, 2008                    SIDLEY AUSTIN LLP

                                        By: /s/ Russell L. Johnson
                                               Russell L. Johnson

                                        Attorneys for Defendants
                                        STMicroelectronics, Inc.

# Exhibit 1

1  RUSSELL L. JOHNSON (SBN 53833)
   rljohnson@sidley.com
2  EDWARD V. ANDERSON (SBN 83148)
   evanderson@sidley.com
3  TEAGUE I. DONAHEY (SBN 197531)
   tdonahey@sidley.com
4
   SIDLEY AUSTIN LLP
5  555 California Street, Suite 2000
   San Francisco, California 94104-1715
6  Telephone:   415-772-1200
   Facsimile:   415-772-7400
7
   Attorneys for Plaintiff
8  STMicroelectronics, Inc.

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                          **SAN JOSE DIVISION**

12

13  | | |
    |---|---|
    | STMICROELECTRONICS, INC., a Corporation, | ) Case Nos. C 08-02332 MMC |
    |  | )            C 05-04691 JF |
    | Plaintiff, | ) |
    | vs. | ) **PLAINTIFF STMICROELECTRONICS, INC.'S UNOPPOSED ADMINISTRATIVE MOTION FOR AN IMMEDIATE ORDER CONSOLIDATING CASES** |
    | ELIYAHOU HARARI, an individual; SANDISK CORPORATION, a corporation; and DOES 1 TO 20, inclusive | ) |
    |  | ) **Date: N/A** |
    | Defendants. | ) **Time: N/A** |
    |  | ) **Ctrm: 3 (Hon. Jeremy Fogel)** |

## MOTION

Plaintiff STMicroelectronics, Inc. ("ST") hereby moves for an immediate order consolidating the instant case, *STMicroelectronics, Inc. v. Harari et al*, Case No. C 08-02332 MMC, removed from state court for a second time on May 6, 2008, with the same case *STMicroelectronics, Inc. v. Harari et al*, Case No. C 05-0469 JF, previously removed to this Court on November 16, 2005 and remanded to state court on July 18, 2006. Removal of this case from state court a second time has resulted in the *same* case being assigned to two different judges under *two different* case numbers. ST requests that these cases be consolidated under the earlier docket number. The benefit of consolidation is that all the papers filed in this Court in this case will be in a single file under one case number.

## REASONS SUPPORTING REQUEST

On November 16, 2005, SanDisk Corp. ("SanDisk") removed the complaint in this case from state court to this Court, where it was assigned Case No. C 05-04691. Docket No. 1. On February 3, 2006, this Court issued an order finding that Case No. C 05-04691 was related to Case Nos. C 04-04379, C 5-05021, and C 06-00194 (which has since been voluntarily dismissed by SanDisk). Case No. C 05-04691, Docket No. 9.

On July, 18, 2006, this Court granted ST's motion to remand C 05-040691 JF back to California State Court. Docket No. 93. Almost two years later, on May 6, 2008, defendants removed this case a second time, without indicating that it had been previously removed and already been assigned a case number. As a result on May 6, 2008, this case was assigned a second case number, C 08-02332 MMC.

Yesterday, defendants filed a motion to transfer C 08-02332 MMC to Judge Fogel because it is a related case. Declaration of Russell L. Johnson in Support of Motion to Consolidate ("Johnson Decl."), Exhibit A. Included in the filing is a stipulation by all parties that this cases should be assigned to Judge Fogel under Civil L.R. 3-12. Johnson Decl. Ex. B.

-2-

1   ST now requests consolidation of C 08-02332 MMC with C 05-040691 JF, the transfer of all
2   papers filed in C 08-02332 MMC to C 05-040691 JF and that all future filings in this case be done
3   under the C 05-040691 JF case number. The benefit of this request is that all the papers filed in this
4   case in this Court will be in one file under one case number.
5   On Thursday, May 8, 2008, the parties met and conferred on this motion. Defendants do not
6   oppose this motion. Johnson Decl., ¶ 2.

Dated:  May 9, 2008                                       SIDLEY AUSTIN LLP

                                                          By: /s/ Russell L. Johnson
                                                                  Russell L. Johnson

                                                          Attorneys for Defendants
                                                          STMicroelectronics, Inc.

RUSSELL L. JOHNSON (SBN 53833)
rljohnson@sidley.com
EDWARD V. ANDERSON (SBN 83148)
evanderson@sidley.com
TEAGUE I. DONAHEY (SBN 197531)
tdonahey@sidley.com

SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104-1715
Telephone:    415-772-1200
Facsimile:    415-772-7400

Attorneys for Plaintiff
STMicroelectronics, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| STMICROELECTRONICS, INC., a Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ELIYAHOU HARARI, an individual; SANDISK CORPORATION, a corporation; and DOES 1 TO 20, inclusive<br><br>Defendants. | Case Nos. C 08-02332 MMC<br>C 05-04691 JF<br><br>**DECLARATION OF RUSSELL L. JOHNSON IN SUPPORT OF PLAINTIFF STMICROELECTRONICS, INC.'S ADMINISTRATIVE MOTION FOR AN IMMEDIATE ORDER CONSOLIDATING CASES**<br><br>**Date: N/A**<br>**Time: N/A**<br>**Ctrm: 3 (Hon. Jeremy Fogel)** |

I, Russell L. Johnson, declare and state:

1. I am a member of the firm Sidley Austin LLP, and am one of the attorneys of record for Plaintiff STMicroelectronics, Inc. ("ST"). I make this declaration in support of ST's Administrative Motion To Consolidate Cases.

2. Counsel for Defendants' Sandisk Corp. and Eliyahou Harari stated they do not oppose consolidation Case Nos. C 08-02332 MMC and 05-040691 JF during a telephonic meet and confer on May 8, 2008.

3. Attached hereto as Exhibit A is a true and correct copy of SanDisk's Administrative Motion to Consider Whether Cases Should be Related Cases filed on May 8, 2008, in Case No. 04-04379 JF.

4. Attached hereto as Exhibit B is a true and correct copy of the parties stipulation filed in support of Administrative Motion to Consider Whether Cases Should be Related Cases in Case No. 04-04379 JF.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on this 9th day of May, 2008.

_____/s/_____
Russell L. Johnson

# Exhibit A

Case 5:08-cv-02332-JF     Document 7     Filed 05/09/2008     Page 9 of 19

| | |
|---|---|
| 1 | MICHAEL A. LADRA, State Bar No. 064307 |
| | mladra@wsgr.com |
| 2 | JAMES C. YOON, State Bar No. 177155 |
| | jyoon@wsgr.com |
| 3 | JULIE M. HOLLOWAY, State Bar No. 196942 |
| | jholloway@wsgr.com |
| 4 | ARIANA M. CHUNG-HAN, State Bar No. 197572 |
| | achung@wsgr.com |
| 5 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 6 | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| 7 | Telephone: (650) 493-9300 |
| | Facsimile:  (650) 565-5100 |
| 8 | |
| 9 | RENATA B. HESSE, State Bar No. 148425 |
| | rhesse@wsgr.com |
| 10 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 11 | 1700 K Street, NW, Fifth Floor |
| | Washington, D.C. 20006-3817 |
| 12 | Telephone: (202) 973-8800 |
| | Facsimile:   (202) 973-8899 |
| 13 | Attorneys for Plaintiff |
| | SANDISK CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SANDISK CORPORATION, a Delaware corporation | ) ) ) | Case No.: C 04-4379 JF<br>Consolidated With Case No. C 05-5021 JF |
| Plaintiff, | ) ) | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES** |
| v. | ) ) | **SHOULD BE RELATED** |
| STMICROELECTRONICS, INC., a Delaware corporation, STMICROELECTRONICS N.V., a Dutch company, and DOES I to X, | ) ) ) ) ) | **(N.D. Cal. Civ. L.R. 3-12)** |
| Defendants. | ) ) | |

ADMINISTRATIVE MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED
CASE NO. C 04-4379 JF

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to N.D. Cal. Civ. L.R. 3-12, plaintiff SanDisk Corporation ("SanDisk") files this Administrative Motion to Consider Whether Cases Should Be Related. SanDisk respectfully requests that the Court deem the following cases, previously or currently pending in the Northern District of California, related:

- *SanDisk Corp. v. STMicroelectronics, Inc., et al.*, Case No. C 04-4379 JF, filed October 15, 2004 ("Case No. 04-4379");
- *SanDisk Corp. v. STMicroelectronics, Inc.*, Case No. C 05-5021 JF, filed December 6, 2005 ("Case No. 05-5021")[1];
- *STMicroelectronics, Inc. v. Harari et al*, Case No. C 05-4691 JF, filed November 16, 2005 ("Case No. C 05-4691") and terminated July 18, 2006[2]; and
- *STMicroelectronics, Inc. v. Harari, et al.*, Case No. C 08-2332 MMC, filed May 6, 2008 ("Case No. 08-2332").

SanDisk and STMicroelectronics, Inc. are opposing parties in each of the four cases listed above. In addition, each of the four actions concerns similar property, transactions or events, and calls for the determination of substantially similar questions of law and fact. Case No. 08-2332 concerns the issue of SanDisk's right of ownership over certain of its patents, including SanDisk's U.S. Patent No. 5,172,338, which is at issue in Case No. 04-4379, and U.S. Patent No. 5,991,517, which is at issue in Case No. 05-5021. Case No. C 05-4691 was the case number assigned to this case when it was previously removed to this Court. Furthermore, all parties to these actions reside within this judicial district.

Given these similarities, the litigation of these cases before different judges would result in an unduly burdensome duplication of labor and expense for all parties involved and for the

---

[1] The Court previously consolidated Case Nos. 04-4379 and 05-5021. *See* Minute Order, dated 6/29/07.

[2] The Court previously deemed Case No. 05-4691 to be related to Case No. 04-4379. *See* Order Relating Case, dated 11/23/2005.

Case 5:04-cv-04379-JF    Document 768    Filed 05/09/2008    Page 12 of 19

1 | Court. Consequently, SanDisk respectfully requests that the Court deem these actions related
2 | and reassign Case No. 08-2332 to Judge Fogel.
3 | / / /

5 | Dated: May 8, 2008                           WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation

7 |                                              By:  /s/ Michael A. Ladra
8 |                                                     Michael A. Ladra

9 |                                              Attorneys for Plaintiff
                                                 SANDISK CORPORATION

# Exhibit B

1  MICHAEL A. LADRA, State Bar No. 064307
   mladra@wsgr.com
2  JAMES C. YOON, State Bar No. 177155
   jyoon@wsgr.com
3  JULIE M. HOLLOWAY, State Bar No. 196942
   jholloway@wsgr.com
4  ARIANA M. CHUNG-HAN, State Bar No. 197572
   achung@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
8
   RENATA B. HESSE, State Bar No. 148425
9  rhesse@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
10 Professional Corporation
   1700 K Street, NW, Fifth Floor
11 Washington, D.C. 20006-3817
   Telephone: (202) 973-8800
12 Facsimile:   (202) 973-8899

13 Attorneys for Plaintiff
   SANDISK CORPORATION
14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                           SAN JOSE DIVISION

18

19 SANDISK CORPORATION, a Delaware      )  Case No.: C 04-4379 JF
   corporation                          )  Consolidated With Case No. C 05-5021 JF
20                                      )
              Plaintiff,                )  **STIPULATION TO**
21                                      )  **ADMINISTRATIVE MOTION TO**
         v.                             )  **CONSIDER WHETHER CASES**
22                                      )  **SHOULD BE RELATED**
   STMICROELECTRONICS, INC., a Delaware )
23 corporation,                         )  **(N.D. Cal. Civ. L.R. 3-12 and 7-11)**
   STMICROELECTRONICS N.V., a Dutch     )
24 company, and DOES I to X,            )
                                        )
25            Defendants.               )
                                        )
26

27

28

STIPULATION                                                              3353652_2.DOC
CASE NO. C 04-4379 JF

WHEREAS, the following actions are currently pending before the Honorable Jeremy Fogel:

- The above captioned *SanDisk Corp. v. STMicroelectronics, Inc. et al.*, Case No. C 04-4379 JF, filed October 15, 2004 ("Case No. 04-4379"); and
- Consolidated case *SanDisk Corp. v. STMicroelectonics, Inc. et al.*, Case No. C 05-5021 JF, filed December 6, 2005 ("Case No. 05-5021");

WHEREAS, *STMicroelectronics, Inc. v. Harari et al*, Case No. C 05-4691 JF, filed November 16, 2005 ("Case No. C 05-4691") and terminated July 18, 2006 was previously deemed related to Case Nos. 04-4379 and 05-5021; and

WHEREAS, *STMicroelectronics, Inc. v. Harari, et al.*, Case No. C 08-2332 MMC, ("Case No. 08-2332") was removed to the Northern District of California on May 6, 2008 and assigned to the Honorable Maxine M. Chesney in the San Francisco Division;

WHEREAS, Case No. 08-2332 concerns substantially similar parties, property, transactions or events, and calls for the determination of substantially similar questions of law and fact as Case Nos. 04-4379, 05-5021 and 05-4691;

WHEREAS, litigation of Case No. 08-2332 and Case Nos. 04-4379 and 05-5021 before different judges would result in an unduly burdensome duplication of labor and expense for the Parties and the Court;

WHEREAS, the Parties agree that, pursuant to N.D. Cal. Civ. L.R. 3-12, Case No. 08-2332 is related to Case Nos. 04-4379, 05-5021 and 05-4691;

/ / /

1    NOW THEREFORE, the Parties, by and through their counsel, hereby request, stipulate,
2 and agree that Case No. 08-2332 be related to Case Nos. 04-4379, 05-5021 and 05-4691 and be
3 reassigned to the Honorable Jeremy Fogel.

4

5 Dated: May 8, 2008                           WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation
6

7
                                               By:    /s/ Michael A. Ladra
8                                                     Michael A. Ladra

9                                              Attorneys for Plaintiff
                                               SANDISK CORPORATION
10
   Dated: May 8, 2008                          SIDLEY AUSTIN LLP
11

12
                                               By:    /s/ Russell L. Johnson
13                                                    Russell L. Johnson

14                                             Attorneys for Defendants
                                               STMICROELECTRONICS, INC. and
15                                             STMICROELECTRONICS N.V.

## ATTESTATION CLAUSE

I, Michael A. Ladra, am the ECF User whose identification and password are being used to file this Joint Stipulation. In compliance with General Order 45.X.B., I hereby attest that Russell L. Johnson of Sidley Austin LLP has concurred in this filing.

Dated: May 8, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Michael A. Ladra
Michael A. Ladra

Attorneys for Plaintiff
SANDISK CORPORATION

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| STMICROELECTRONICS, INC., a Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ELIYAHOU HARARI, an individual; SANDISK CORPORATION, a corporation; and DOES 1 TO 20, inclusive<br><br>　　　　Defendants. | Case Nos. C 08-02332 MMC<br>　　　　　C 05-04691 JF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF STMICROELECTRONICS, INC.'S ADMINISTRATIVE MOTION FOR AN IMMEDIATE ORDER CONSOLIDATING CASES**<br><br>**Date: N/A**<br><br>**Time: N/A**<br><br>**Before: Hon. Jeremy Fogel** |

1    Having considered Plaintiff STMicroelectronics, Inc.'s ("ST") Motion To Consolidate Cases and good cause appearing therefor, I hereby find that:

1. I am the judge assigned to the earliest filed case in the notice of related cases filed by defendants.

2. *STMicroelectronics, Inc. v. Harari et al*, Case No. C 08 02332 MMC, removed from state court on May 6, 2008, should be assigned to me under Civil L.R. 3-12 because: (i) it is the same case as *STMicroelectronics, Inc. v. Harari et al*, Case No.C 05-04691 JF, previously removed to this Court on November 16, 2005 and assigned to me and remanded to state court by me on July, 18, 2006.

IT IS HEREBY ORDERED that:

1. *STMicroelectronics, Inc. v. Harari et al*, Case No. C 08 02332 MMC and *STMicroelectronics, Inc. v. Harari et al*, Case No. C 05-04691 JF are hereby consolidated.

2. All future filings in *STMicroelectronics, Inc. v. Harari et al*, shall be in Case No. C 05-04691 JF.

3. All papers filed in Case No. C 08 02332 MMC shall be transferred to Case No. C 05-04691 JF.

Dated: May ___, 2008    _____

UNITED STATES DISTRICT JUDGE