**E-Filed 5/30/2008**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| STMICROELECTRONICS, INC., a corporation, <br><br> Plaintiff, <br><br> v. <br><br> ELIYAHOU HARARI, an individual; SANDISK CORPORATION, a corporation; and DOES 1 TO 20, inclusive <br><br> Defendants. | Case Numbers  C 08-2332 MMC <br> C 05-04691 JF <br><br> ORDER[1] GRANTING PLAINTIFF STMICROELECTRONICS, INC.'S ADMINISTRATIVE MOTION FOR AN IMMEDIATE ORDER CONSOLIDATING CASES <br><br> [re: C 05-04691 docket no. 97] |

    The Court has considered the motion of Plaintiff STMicroelectronics ("ST") for an Immediate Order Consolidating Cases.  Good cause, therefore, appearing, IT IS HEREBY ORDERED THAT:

    1. *STMicroelectronics, Inc. v. Harari et al*, Case No. C 08 02332 MMC, removed from state court on May 6, 2008, is hereby re-assigned to the undersigned pursuant to Civil L.R. 3-12 because it is identical to *STMicroelectronics, Inc. v. Harari et al*, Case No.C 05-04691 JF, previously removed to this Court on November 16, 2005 and remanded to state court on July, 18,

---

[1] This disposition is not designated for publication and may not be cited.

1  2006. The two cases are consolidated under C 05-04691 JF.

4  DATED: May 30, 2008

_____
JEREMY FOGEL
United States District Judge

2

1  This Order has been served upon the following persons:

2  Plaintiff's Counsel            Russell L. Johnson
                                  Sidley Austin Brown and Wood LLP
3                                 555 California Street, Suite 2000
                                  San Francisco, CA 94104-1715
4                                 Fax (415) 772-7400
                                  Email rljohnson@sidley.com
5
                                  Edward V. Anderson
6                                 Email evanderson@sidley.com

7                                 Matthew Lawrence McCarthy
                                  Email Unknown
8
                                  Teague L. Donahey
9                                 Email tdonahey@sidley.com

10

11 Defendants' Counsel            Michael A. Ladra
                                  Wilson Sonsini Goodrich and Rosati
12                                650 Page Mill Road
                                  Palo Alto, CA 94304-1050
13                                Fax (650) 565-5100
                                  Email mladra@wsgr.com
14
                                  James Chung-Yui Yoon
15                                Email jyoon@wsgr.com

16                                Matthew Robert Reed
                                  Email mreed@wsgr.com
17
                                  Terry T. Johnson
18                                Email tjohnson@wsgr.com

19

20

21

22

23

24

25

26

27

28

3

Case Nos. C 08-2332 MMC and C 05-04691 JF
ORDER GRANTING ADMINISTRATIVE MOTION FOR IMMEDIATE ORDER CONSOLIDATING CASES
(JFLC1)