**\*\*E-filed 5/30/08\*\***

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| STMICROELECTRONICS, INC., | No. C-05-4691-JF |
| Plaintiff, | C-08-2332-JF |
| v. | Clerks's Notice |
| ELIYAHOU HARARI, et al., | |
| Defendant. | |

To: All Counsel and Parties in the above named action.

The Court has scheduled a Case Management Conference in this Consolidated matter for Friday, July 25, 2008 at 10:30 AM. A Case Management Conference Statement should be on file no later than July 14, 2008. The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 5/30/08                      For the Court,
                                    Richard W. Wieking, Clerk

                                    Diana Munz
                                    electronic signature
                                    Courtroom Deputy